UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAMUEL C. STEIN,

        Plaintiff,

   v.

GARY MOHR, et al.,

        Defendants.

Case No. 2:15-cv-2681
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation ("R&R") dated November 30, 2015. (ECF No. 20.) In that filing, the Magistrate Judge recommended that the Court deny Plaintiff's motion for temporary restraining order and for preliminary injunction. (ECF No. 9.)

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the Magistrate Judge's recommendations within fourteen (14) days. (ECF No. 20, at PAGEID # 125–26.) The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at PAGEID # 126 (citing *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) and *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court **AFFIRMS AND ADOPTS**

1

the R&R (ECF No. 20) and **DENIES** Plaintiff's motion for temporary restraining order and for preliminary injunction (ECF No. 9).

**IT IS SO ORDERED**.

**/s/ Gregory L. Frost**
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**